UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:99M55-H |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **OF COMPLAINT** |
| JAIME JAVIER PAZ | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint (as it pertains to JAIME JAVIER PAZ only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

**SO ORDERED, ADJUDGED AND DECREED.**

This the 17th day of February, 2006.

Carl Horn, III
United States Magistrate Judge